Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_____ ENTERED
FILED
_____ LODGED  _____ RECEIVED

# UNITED STATES DISTRICT COURT

SG   DEC 27 2019

## for the

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## WASHINGTON WESTERN DISTRICT COURT

Division

**19 CV-02090 RSM**

TERI K SAHM                                            )
                                                       )   Case No. _____
**Plaintiff(s)**                                       )        *(to be filled in by the Clerk's Office)*
*(Write the full name of each plaintiff who is filing this complaint.*  )
*If the names of all the plaintiffs cannot fit in the space above,*     )
*please write "see attached" in the space and attach an additional*    )
*page with the full list of names.)*                   )   Jury Trial: *(check one)*  ☐ Yes  ☐ No
                    -v-                                 )
ONSLOW BAY FINANCIAL, LLC;                              )
SELECT PORTFOLIO SERVICING, INC.                        )
OCWEN LOAN SERVICING, INC.                              )
DBA PHH MORTGAGE,                                       )
MTC FINANCIAL INC DBA TRUSTEE CORPS,                    )
BANK OF AMERICA CORPORATION,                            )
WELLS FARGO BANK, N.A.,                                 )
MERSCORP HOLDING , INC                                  )
U.S. BANK NATIONAL ASSOCIATION                          )
U.S. BANCORP                                            )
ANNALY CAPITAL MANAGEMENT, INC.                         )
PLEASE SEE DEFENDANTS SECTION BELOW

*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

# COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**
        A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Name | TERI K. SAHM |
| Street Address | c/o PO Box 387 |
| City and County | Fall City - King |
| State and Zip Code | Washington - Zip Code Exempt |
| Telephone Number | 425-222-3526 |
| E-mail Address | terisahm@hotmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

| Defendant No. 1 | |
|---|---|
| Name | TIMOTHY J. O'BRIEN |
| Job or Title (if known) | PRESIDENT |
| Company | SELECT PORTFOLIO SERVICING,INC. |
| Street Address | 3217 S. DECKER LAKE DRIVE |
| City and County | SALT LAKE CITY - SALT LAKE COUNTY |
| State and Zip Code | UTAH  84119 |
| Telephone Number | 801-293-1883 |

| Defendant No. 2 | |
|---|---|
| Name | JEFF T. GRAHAM |
| Job or Title (if known) | EXECUTIVE VICE PRESIDENT |
| Company | SELECT PORTFOLIO SERVICING, INC. |
| Street Address | 3217 S. DECKER LAKE DRIVE |
| City and County | SALT LAKE CITY - SALT LAKE COUNTY |
| State and Zip Code | UTAH  84119 |
| Telephone Number | 801-293-1883 |

| Defendant No. 3 | |
|---|---|
| Name | ANDREW R WELCH - 14028 |
| Job or Title (if known) | VICE PRESIDENT, SENIOR COUNSEL |
| Company | SELECT PORTFOLIO SERVICING, INC. |
| Street Address | 3217 S. DECKER LAKE DRIVE |
| City and County | SALT LAKE CITY - SALT LAKE COUNTY |
| State and Zip Code | UTAH  84119 |
| Telephone Number | 801-293-1883 |
| Email | Andrew.Welch@spservicing.com |

| Defendant No. 8 | |
|---|---|
| Name | JASON H. MILLER |
| Job or Title (if known) | GENERAL COUNSEL |
| Company | SELECT PORTFOLIO SERVICING,INC |
| Street Address | 3217 S. DECKER LAKE DRIVE |
| City and County | SALT LAKE CITY - SALT LAKE COUNTY |
| State and Zip Code | UTAH  84119 |
| Telephone Number | 801-293-1883 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| Defendant No. 5 | |
|---|---|
| Name | DUSTIN STEPHENSON |
| Job or Title (if known) | VICE PRESIDENT FORECLOSURE |
| Company | SELECT PORTFOLIO SERVICING,INC. |
| Street Address | 3217 S. DECKER LAKE DRIVE |
| City and County | SALT LAKE CITY - SALT LAKE COUNTY |
| State and Zip Code | UTAH  84119 |
| Telephone Number | 801-293-1883 |

| Defendant No. 6 | |
|---|---|
| Name | JUSTIN CROWLEY |
| Job or Title (if known) | CHIEF FINANCIAL OFFICER |
| Company | SELECT PORTFOLIO SERVICING,INC. |
| Street Address | 3217 S. DECKER LAKE DRIVE |
| City and County | SALT LAKE CITY - SALT LAKE COUNTY |
| State and Zip Code | UTAH  84119 |
| Telephone Number | 801-293-1883 |

| Defendant No. 7 | |
|---|---|
| Name | MICHELLE CRAMPTON |
| Job or Title (if known) | SECOND ASSISTANT VICE PRESIDENT |
| Street Address | SELECT PORTFOLIO SERVICING,INC |
| City and County | 3217 S. DECKER LAKE DRIVE |
| State and Zip Code | SALT LAKE CITY - SALT LAKE COUNTY |
| Telephone Number | UTAH  84119 |
| | 801-293-1883 |

| Defendant No. 8 | |
|---|---|
| Name | JASON H. MILLER |
| Job or Title (if known) | GENERAL COUNSEL |
| Company | SELECT PORTFOLIO SERVICING,INC |
| Street Address | 3217 S. DECKER LAKE DRIVE |
| City and County | SALT LAKE CITY - SALT LAKE COUNTY |
| State and Zip Code | UTAH  84119 |
| Telephone Number | 801-293-1883 |

| Defendant No. 9 | |
|---|---|
| Name | JACKIE ANDERSON |
| Job or Title (if known) | DOCUMENT CONTROL OFFICER |
| Company | SELECT PORTFOLIO SERVICING,INC |
| Street Address | 3217 S. DECKER LAKE DRIVE |
| City and County | SALT LAKE CITY - SALT LAKE COUNTY |
| State and Zip Code | UTAH  84119 |
| Telephone Number | 801-293-1883 |

| Defendant No. 10 | |
|---|---|
| Name | MICHAEL FANIA |
| Job or Title (if known) | PRESIDENT |
| Company | ONSLOW BAY FINANCIAL, LLC |
| Street Address | 1211 Avenue of the Americas |
| City and County | |
| State and Zip Code | NEW YORK – ALBANY COUNTY |
| Telephone Number | NY 10036 |
| | 646-728-7992 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| Defendant No. 11 | |
|---|---|
| Name | CHRISTIAN GRECO |
| Job or Title (if known) | VICE PRESIDENT |
| Company | ONSLOW BAY FINANCIAL, LLC |
| Street Address | 1211 Avenue of the Americas |
| City and County | NEW YORK – ALBANY COUNTY |
| State and Zip Code | NY 10036 |
| Telephone Number | 646-728-7992 |

| Defendant No. 12 | |
|---|---|
| Name | ALLISON SIMMONS |
| Job or Title (if known) | VICE PRESIDENT |
| Company | ONSLOW BAY FINANCIAL, LLC |
| Street Address | 1211 Avenue of the Americas |
| City and County | NEW YORK – ALBANY COUNTY |
| State and Zip Code | NY 10036 |
| Telephone Number | 646-728-7992 |

| Defendant No. 13 | |
|---|---|
| Name | KIMBERLY CAPARSO |
| Job or Title (if known) | VICE PRESIDENT |
| Company | ONSLOW BAY FINANCIAL, LLC |
| Street Address | 1211 Avenue of the Americas |
| City and County | NEW YORK – ALBANY COUNTY |
| State and Zip Code | NY 10036 |
| Telephone Number | 646-728-7992 |

| Defendant No. 14 | |
|---|---|
| Name | KYLE BADARACCO |
| Job or Title (if known) | VICE PRESIDENT |
| Company | ONSLOW BAY FINANCIAL, LLC |
| Street Address | 1211 Avenue of the Americas |
| City and County | NEW YORK – ALBANY COUNTY |
| State and Zip Code | NY 10036 |
| Telephone Number | 646-728-7992 |

| Defendant No. 15 | |
|---|---|
| Name | JONATHAN KURTZ |
| Job or Title (if known) | COMPTROLLER |
| Company | ONSLOW BAY FINANCIAL, LLC |
| Street Address | 1211 Avenue of the Americas |
| City and County | NEW YORK – ALBANY COUNTY |
| State and Zip Code | NY 10036 |
| Telephone Number | 646-728-7992 |

| Defendant No. 16 | |
|---|---|
| Name | PHYLLIS R. CALDWELL |
| Job or Title (if known) | CHAIR |
| Company | OCWEN FINANCIAL CORPORATION |
| Street Address | 2002 Summit Boulevard 6th Floor |
| City and County | ATLANTA – FULTON COUNTY |
| State and Zip Code | GA 30319 |
| Telephone Number | 561-682-8000 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Defendant No. 17<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | GLENN A. MESSINA<br>PRESIDENT AND CEO<br>OCWEN FINANCIAL CORPORATION<br>2002 Summit Boulevard 6th Floor<br>ATLANTA – FULTON COUNTY<br>GA 30319<br>561-682-8000 |
| Defendant No. 18<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ALAN J. BOWERS<br>DIRECTOR<br>OCWEN FINANCIAL CORPORATION<br>2002 Summit Boulevard 6th Floor<br>ATLANTA – FULTON COUNTY<br>GA 30319<br>561-682-8000 |
| Defendant No. 19<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JENNE K. BRITELL<br>DIRECTOR<br>OCWEN FINANCIAL CORPORATION<br>2002 Summit Boulevard 6th Floor<br>ATLANTA – FULTON COUNTY<br>GA 30319<br>561-682-8000 |
| Defendant No. 20<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JACQUES J. BUSQUE<br>DIRECTOR<br>OCWEN FINANCIAL CORPORATION<br>2002 Summit Boulevard 6th Floor<br>ATLANTA – FULTON COUNTY<br>GA 30319<br>561-682-8000 |
| Defendant No. 21<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ROBERT J. LIPSTEIN<br>DIRECTOR<br>OCWEN FINANCIAL CORPORATION<br>2002 Summit Boulevard 6th Floor<br>ATLANTA – FULTON COUNTY<br>GA 30319<br>561-682-8000 |
| Defendant No. 22<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | KEVIN STEIN<br>DIRECTOR<br>OCWEN FINANCIAL CORPORATION<br>2002 Summit Boulevard 6th Floor<br>ATLANTA – FULTON COUNTY<br>GA 30319<br>561-682-8000 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Defendant No. 23<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | RANDE JOHNSEN<br>PRESIDENT, DIRECTOR<br>MTC FINANCIAL DBA TRUSTEE CORPS<br>17100 GILLETTE AVE<br>IRVINE – ORANGE COUNTY<br>CA 92614<br>949-2522-8300 |
| Defendant No. 24<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ALAN BURTON<br>VICE PRESIDENT<br>MTC FINANCIAL DBA TRUSTEE CORPS<br>500 UNION STREET, SUITE 820<br>SEATTLE – KING COUNTY<br>WA 98101<br>844-387-8456 |
| Defendant No. 25<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | RAYMOND DELAVERGNE<br>UNKNOWN<br>MTC FINANCIAL DBA TRUSTEE CORPS<br>500 UNION STREET, SUITE 820<br>SEATTLE – KING COUNTY<br>WA 98101<br>844-387-8456 |
| Defendant No. 26<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | MARISOL A. NAGATA<br>UNKNOWN<br>MTC FINANCIAL DBA TRUSTEE CORPS<br>500 UNION STREET, SUITE 820<br>SEATTLE – KING COUNTY<br>WA 98101<br>844-387-8456 |
| Defendant No. 27<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DELORES L. COMSTOCK<br>AUTHORIZED SIGNOR<br>MTC FINANCIAL DBA TRUSTEE CORPS<br>500 UNION STREET, SUITE 820<br>SEATTLE – KING COUNTY<br>WA 98101<br>844-387-8456 |
| Defendant No. 28<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | CHARLES SCHARF<br>CEO AND PRESIDENT<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Defendant No. 29<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | C. ALLEN PARKER - 802937<br>SENIOR EVP AND GENERAL COUNSEL<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 30<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | WILLIAM M. DALY<br>VICE CHAIRMAN OF PUBLIC AFFAIRS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 31<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DEREK A. FLOWERS<br>SENIOR EVP, STRATEGIC EXECUTION/OPS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 32<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DAVID C. GALLOREESE<br>SENIOR EVP, HUMAN RESOURCES<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 33<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | RICHARD D. LEVY<br>SENIOR EVP, CONTROLLER<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 34<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | MARY T. MACK<br>SENIOR EVP, CONSUMER BANKING<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Defendant No. 35<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | AVID MODJTABAI<br>SENIOR EVP, PAYMENTS, VS INNOVATION<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 36<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | AMANDA G. NORTON<br>SENIOR EVP, CHIEF RISK OFFICER<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 37<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | PERRY G. PELOS<br>SENIOR EVP, WHOLESALE BANKING<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 38<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | SCOTT E. POWELL<br>SENIOR EVP, CHIEF OPERATING OFFICER<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 39<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JULIE L. SCAMMAHORN<br>SENIOR EVP, CHIEF AUDITOR<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 40<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JOHN R. SCHREWSBERRY<br>SENIOR EVP, CHIEF FINANCIAL OFFICER<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Defendant No. 41<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | SAUL VAN BEURDEN<br>SENIOR EVP, HEAD OF TECHNOLOGY<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 42<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JONATHAN G. WEISS<br>SENIOR EVP, WEALTH/INVESTMENT MGMT<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 43<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JOHN D BAKER II<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 44<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | CELESTE A. CLARK<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 45<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | THEODORE F. CRAVER, JR.<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 46<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ELIZABETH A. DUKE<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Defendant No. 47<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | WAYNE M. HEWITT<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 48<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DONALD M. JAMES<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 49<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | MARIA R. MORRIS<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 50<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | CHARLES H. NOSKI<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 51<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | RICHARD B. PAYNE, JR.<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 52<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JUAN A. PUJADAS<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Defendant No. 53<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JAMES H. QUIGLY<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 54<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | RONALD L. SARGENT<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 55<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | SUZANNE M. VAUTRINOT<br>BOARD OF DIRECTORS<br>WELLS FARGO BANK, N.A.<br>420 MONTGOMERY STREET<br>SAN FRANCISCO – SAN FRANCISCO CTY<br>CALIFORNIA 94163<br>1-866-249-3302 |
| Defendant No. 56<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | BRIAN MOYNIHAN<br>CHAIRMAN OF THE BOARD/CEO<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 57<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DEAN ATHANASIA<br>PRES. CONSUMERS/SMALL BUSINESS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 58<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | CATHERINE P. BESSANT<br>COO/CTO<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Defendant No. 59<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | SHERI B. BRONSTEIN<br>CHIEF HUMAN RESOURCES OFFICER<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 60<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | PAUL M. DONOFRIO<br>CHIEF FINANCIAL OFFICER<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 61<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | CATHERINE P. BESSANT<br>COO/CTO<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 62<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ANNE M. FINUCANE<br>VICE CHAIRMAN<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 63<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | GEOFFREY S. GREENER<br>CHIEF RISK OFFICER<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 64<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | CHRISTINE P. KATZIFF<br>CHIEF AUDIT EXECUTIVE<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Defendant No. 65<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | PAUL M. DONOFRIO<br>CHIEF FINANCIAL OFFICER<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 66<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | CATHERINE P. BESSANT<br>COO/CTO<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 67<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | KATY KNOX<br>PRESIDENT B OF A PRIVATE BANK<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 68<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DAVID G. LEITCH<br>GLOBAL GENERAL COUNSEL<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 69<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | THOMAS K. MONTAG<br>COO/PRES. GLOBAL BANKING MARKETS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 70<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | THONG M. NGUYEN<br>VICE CHAIRMAN<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Defendant No. 71<br>Name<br><br>job or Title (if known)<br><br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ANDY SIEG<br>PRESIDENT MERRILL LYNCH WEALTH<br>MGMT<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 72<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ANDREA B. SMITH<br>CHIEF ADMINISTRATIVE OFFICER<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 73<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | BRUCE R. THOMPSON<br>VICE CHAIRMAN, EU SWITZERLAND<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 74<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | SUSAN S. BIES<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 75<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | FRANK P. BRAMBLE, SR.<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 76<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County | ARNOLD W. DONALD<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY |

| State and Zip Code<br>Telephone Number | NC 28255<br>1-704-386-5681 |
|---|---|
| Defendant No. 77<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | MONICA C. LOZANO<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 78<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | LIONEL L. NOWELL III<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 79<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | CLAYTON S. ROSE<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 80<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | THOMAS D. WOODS<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 81<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | MARIA T. ZUBER<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 82<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County | SHARON L. ALLEN<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| State and Zip Code<br>Telephone Number | NC 28255<br>1-704-386-5681 |
| Defendant No. 83<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JACK O. BOVENDER, JR.<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 84<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | PIERRE J.P. DE WECK<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 85<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | LINDA P. HUDSON<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 86<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | THOMAS J. MAY<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 87<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DENISE L. RAMOS<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 88<br>Name<br>Job or Title (if known)<br>Company<br>Street Address | MICHAEL D. WHITE<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| City and County<br>State and Zip Code<br>Telephone Number | 100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 89<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | R. DAVID YOST<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-704-386-5681 |
| Defendant No. 90<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | MICHAEL D. WHITE<br>BOARD OF DIRECTORS<br>BANK OF AMERICA CORPORATION<br>100 NORTH TRYON STREET<br>CHARLOTTE – MECKLENBURG COUNTY<br>NC 28255<br>1-513-632-4234 |
| Defendant No. 91<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | BRANDON WEISS<br>SENIOR VP, CEO<br>MERSCORP HOLDINGS, INC<br>1818 LIBRARY ST.<br>RESTON – FAIRFAX COUNTY<br>VA 20190<br>1-703-761-1270 |
| Defendant No. 92<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | FREDDY FELIZ<br>SENIOR VP, CIO<br>MERSCORP HOLDINGS, INC<br>1818 LIBRARY ST.<br>RESTON – FAIRFAX COUNTY<br>VA 20190<br>1-703-761-1270 |
| Defendant No. 93<br>Name<br>Job or Title (if known)<br><br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | SHARON HORSTKAMP<br>SENIOR VP, CHIEF LEGAL AND LEGISLATIVE<br>OFFICER AND CORP SEC<br>MERSCORP HOLDINGS, INC<br>1818 LIBRARY ST.<br>RESTON – FAIRFAX COUNTY<br>VA 20190<br>1-703-761-1270 |
| Defendant No. 94<br>Name<br>Job or Title (if known)<br>Company | AMANDA CROWLEY<br>VP, INTERNAL AUDIT<br>MERSCORP HOLDINGS, INC |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | 1818 LIBRARY ST.<br>RESTON – FAIRFAX COUNTY<br>VA 20190<br>1-703-761-1270 |
| Defendant No. 95<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DAVID GOONE<br>BOARD OF DIRECTORS<br>MERSCORP HOLDINGS, INC<br>1818 LIBRARY ST.<br>RESTON – FAIRFAX COUNTY<br>VA 20190<br>1-703-761-1270 |
| Defendant No. 96<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | CHRISTOPHER MCENTEE<br>BOARD OF DIRECTORS<br>MERSCORP HOLDINGS, INC<br>1818 LIBRARY ST.<br>RESTON – FAIRFAX COUNTY<br>VA 20190<br>1-703-761-1270 |
| Defendant No. 97<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ANDREW CECERE<br>CHAIRMAN AND CEO<br>US BANK NATIONAL ASSOCIATION<br>425 WALNUT STREET<br>CINCINATTI – HAMILTON COUNTY<br>OH 45202<br>1-704-386-5681 |
| Defendant No. 98<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | TERRENCE R. DOLAN<br>VICE CHAIRMAN AND CFO<br>US BANK NATIONAL ASSOCIATION<br>425 WALNUT STREET<br>CINCINATTI – HAMILTON COUNTY<br>OH 45202<br>1-704-386-5681 |
| Defendant No. 99<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JAMES L. CHOSY<br>EVP AND GENERAL COUNSEL<br>US BANK NATIONAL ASSOCIATION<br>425 WALNUT STREET<br>CINCINATTI – HAMILTON COUNTY<br>OH 45202<br>1-704-386-5681 |
| Defendant No. 100<br>Name<br>Job or Title (if known) | WARNER L. BAXTER<br>BOARD OF DIRECTORS |

| | |
|---|---|
| Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 101<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DOROTY BRIDGES<br>BOARD OF DIRECTORS<br>U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 102<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ELIZABETH L. BUSE<br>BOARD OF DIRECTORS<br>U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 103<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | MARC N. CASPER<br>BOARD OF DIRECTORS<br>U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 104<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ARTHUR D. COLLINS JR.<br>BOARD OF DIRECTORS<br>U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 105<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | KIMBERLY J. HARRIS<br>BOARD OF DIRECTORS<br>US BANK NATIONAL ASSOCIATION<br>425 WALNUT STREET<br>CINCINATTI – HAMILTON COUNTY<br>OH 45202<br>1-704-386-5681 |
| Defendant No. 106<br>Name<br>Job or Title (if known) | ROLAND A. HERNANDEZ<br>BOARD OF DIRECTORS |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 107<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DOREEN WOO HO<br>BOARD OF DIRECTORS<br>U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 108<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | OLIVIA F. KIRTLEY<br>BOARD OF DIRECTORS<br>U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 109<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | KAREN S. LYNCH<br>BOARD OF DIRECTORS<br>U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 110<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | RICHARD P. MCKENNEY<br>BOARD OF DIRECTORS<br>U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 111<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | YUSEF I. MEHDI<br>BOARD OF DIRECTORS<br>U.S. BANCORP<br>800 NICOLETTE MALL<br>MINNEAPOLIS – HENNEPIN COUNTY<br>MN 45402<br>1-651-466-3000 |
| Defendant No. 112<br>Name | DAVID B. O'MALEY |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| Job or Title (if known) | BOARD OF DIRECTORS |
|---|---|
| Company | U.S. BANCORP |
| Street Address | 800 NICOLETTE MALL |
| City and County | MINNEAPOLIS – HENNEPIN COUNTY |
| State and Zip Code | MN 45402 |
| Telephone Number | 1-651-466-3000 |

| Defendant No. 113 | |
|---|---|
| Name | ODELL OWENS, M.D., M.P.H. |
| Job or Title (if known) | BOARD OF DIRECTORS |
| Company | U.S. BANCORP |
| Street Address | 800 NICOLETTE MALL |
| City and County | MINNEAPOLIS – HENNEPIN COUNTY |
| State and Zip Code | MN 45402 |
| Telephone Number | 1-651-466-3000 |

| Defendant No. 114 | |
|---|---|
| Name | CRAIG D. SCHNUCK |
| Job or Title (if known) | BOARD OF DIRECTORS |
| Company | U.S. BANCORP |
| Street Address | 800 NICOLETTE MALL |
| City and County | MINNEAPOLIS – HENNEPIN COUNTY |
| State and Zip Code | MN 45402 |
| Telephone Number | 1-651-466-3000 |

| Defendant No. 115 | |
|---|---|
| Name | SCOTT W. WINE |
| Job or Title (if known) | BOARD OF DIRECTORS |
| Company | U.S. BANCORP |
| Street Address | 800 NICOLETTE MALL |
| City and County | MINNEAPOLIS – HENNEPIN COUNTY |
| State and Zip Code | MN 45402 |
| Telephone Number | 1-651-466-3000 |

| Defendant No. 116 | |
|---|---|
| Name | JOHN P. WIEHOFF |
| Job or Title (if known) | BOARD OF DIRECTORS |
| Company | U.S. BANCORP |
| Street Address | 800 NICOLETTE MALL |
| City and County | MINNEAPOLIS – HENNEPIN COUNTY |
| State and Zip Code | MN 45402 |
| Telephone Number | 1-651-466-3000 |

| Defendant No. 117 | |
|---|---|
| Name | GLENN A. VOTEK |
| Job or Title (if known) | INTERIM CEO AND PRESIDENT |
| Company | ANNALY CAPITAL MANAGEMENT, INC. |
| Street Address | 1211 AVENUE OF THE AMERICAS, 41ST FL. |
| City and County | NEW YORK – NEW YORK COUNTY |
| State and Zip Code | NY - 10036 |
| Telephone Number | 1-888-8ANNALY |

| Defendant No. 118 | |
|---|---|
| Name | SERENA WOLFE |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | CHIEF FINANCIAL OFFICER<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 119<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | ANTHONY C. GREEN<br>CCO AND CHIEF LEGAL OFFICER<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 120<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DAVID L. FINKELSTEIN<br>CHIEF INVESTMENT OFFICER<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 121<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | TIMOTHY P. COFFEY<br>CHIEF CREDIT OFFICER<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 122<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | THOMAS HAMILTON<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 123<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | WELLINGTON J. DENAHAN<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 124 | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JONATHAN D. GREEN<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 125<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | FRANCINE J. BOVICH<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 126<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | KATIE BEIRNE FALLON<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 127<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | KATHY HOPINKAH HANNAN<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 128<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | KATIE BEIRNE FALLON<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 129<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | KATHY HOPINKAH HANNAN<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 130 | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | MICHAEL HAYLON<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 131<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | JOHN H. SCHAEFER<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 132<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | DONNELL A. SEGALAS<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |
| Defendant No. 133<br>Name<br>Job or Title (if known)<br>Company<br>Street Address<br>City and County<br>State and Zip Code<br>Telephone Number | VICKI WILLIAMS<br>BOARD OF DIRECTORS<br>ANNALY CAPITAL MANAGEMENT, INC.<br>1211 AVENUE OF THE AMERICAS, 41ST FL.<br>NEW YORK – NEW YORK COUNTY<br>NY - 10036<br>1-888-8ANNALY |

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

DEED THEFT UNDER RICO
RICO was enacted by section 901(a) of the Organized Crime Control Act of 1970 (Pub.L. 91–452, 84 Stat. 922, enacted October 15, 1970) and is codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968.

Violation of the Fair Debt Collection Act codified as 15 U.S.C. § 1692 –1692p

CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012

Violation of Lanham Act --- attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12). Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 36213591.

Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Violation of the United States Statutes-at-Large, Title 12, Section 411.

Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* TERI K. SAHM , is an American State citizen on Washington

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

DEED THEFT UNDER RICO
RICO was enacted by section 901(a) of the Organized Crime Control Act of 1970 (Pub.L. 91–452, 84 Stat. 922, enacted October 15, 1970) and is codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968.

Violation of the Fair Debt Collection Act codified as 15 U.S.C. § 1692 –1692p

Violation of 18 18 U.S. Code § 2071 Concealment, removal, or mutilation generally

CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012

Violation of Lanham Act --- attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).  Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 36213591.

Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Violation of the United States Statutes-at-Large, Title 12, Section 411.

Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff,  *(name)* TERI K. SAHM , is an American State citizen on Washington

All Defendants involved are attempting to steal the Property and Assets using Deed Theft. They are currently benefiting from the so-called "Mortgage" via servicing and pooling agreements amounting to billions/trillions of dollars...follow the money.

What all defendants are calling a "Mortgage" is in fact a future lease purchase tenancy agreement under conditions of non-disclosure and usury.   See attached Declaration of Flag Document Page 16.

Fraud on the Court for the use of invalid instruments.

There is no valid contract in place and there is not a wet-ink signature of the original note that anyone has been able to produce.  If there is no note - there is no contract.  There is no original note because some PERSON destroyed the note along the way.  This is typically done by the title company.  See attached flowchart show the current mortgage process.

The so-called "Mortgage" or "Loan" was paid in full from the Cestui Que Vie Estate Trust at the point of origination.  This was never disclosed to me.

SELECT PORTFOLIO SERVICING, INC. DEED FRAUD/SIGNATURE FRAUD/NOTARY FRAUD - Continual tampering with the so-called "deed" and so-called "note" with each "notice": addition of a notary fraudulent notary signature, removal of a notary signature, addition of a copy of the allonge, removal of the copy of an allonge, etc.  No original wet ink document was provided – only copies of copies.

WELLS FARGO BANK N.A. inserted an Allonge at some point that was not in previous versions of their copies of the so-called "Deed" and so-called "Note".  It does not match the integrity of the copy and appears to be a stand-alone document, not attached in any way or even in the same format.  There is also no date on the "signature" of the Allonge.  No original wet ink document was provided – only copies of copies.

OCWEN LOAN SERVICING, LLC tampering with the so-called "deed" and so-called "note": presenting different versions of the copies – never an original wet ink document.

OCWEN LOAN SERVICING, through the use of semantic deceit and CORPORATE name changes, was paid from the CQV Trust on multiple occasions for each CORPORATE name change.

Semantic Deceit and violation of copyright in the use of my Names: Teri Kealoha Sahm, Teri K. Sahm, Teri K Sahm and Teri Sahm and any and all derivatives; and NAMES:  TERI KEALOHA SAHM, TERI K. SAHM, TERI K SAHM, TERI SAHM and any and all derivatives.

Violation of the Fair Debt Collection Act for ignoring relevant information and responding with boiler plate responses – in some cases repeatedly to the point of harassment.

Constructive Fraud.

Failure to acknowledge a valid payment.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> Immediate release of any and all claims and lien(s) against the house and property and clear and clean title(s) free of any taxes, fees or fines or any other presumed or purported encumbrance.

> In addition, I would like the total amount of money that has been paid out of the Cestui Que Vie Estate trust to each "BANK" or "DEBT COLLECTOR", or "TRUSTEE" or "BENEFICIARY" for this house and property paid to me as relief plus $30,000 for each occurrence of Copyright infringement on my Names or NAMES.

## V.     Certification and Closing

> Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,  and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause  unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result  in the dismissal of my case.

Date of signing:   12/27/2019

All Rights Reserved

Signature of Plaintiff   by: Teri Kealoha Sahm ©

Without Prejudice

Printed Name of Plaintiff :  Teri Kealoha Sahm©, Authorized Representative

### B.     For Attorneys

Date of signing:   _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address