UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERI K. SAHM,<br><br>                   Plaintiff,<br><br>    v.<br><br>ONSLOW BAY FINANCIAL LLC, et al.,<br><br>                   Defendants. | CASE NO. 2:19-cv-02090-RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

      Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Ricardo S. Martinez.

      DATED this 31st day of December, 2019.

                                          BRIAN A. TSUCHIDA
                                          Chief United States Magistrate Judge