# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TERI K. SAHM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONSLOW BAY FINANCIAL, LLC, *ET AL.*,<br><br>　　　　Defendants. | CASE NO. C19-2090 RSM<br><br>ORDER PARTIALLY GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

Plaintiff, acting *pro se*, initiated this action on December 27, 2019 against Defendants under a variety of federal statutes. Dkt. #1. The Court granted Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1). Dkt. #4.

On February 14, 2020, the Court issued an Order to Show Cause on or before Friday, February 28, 2020. Dkt. #9. The Court ordered Plaintiff to write "a short and plain statement telling the Court (1) the separate causes of action upon which his claims are based, (2) how Defendants violated each of those laws causing harm to Plaintiff, and (3) why this case should not be dismissed without prejudice. **This Response may not exceed six (6) double-spaced pages**." *Id.* at 3 (emphasis in original).

ORDER PARTIALLY GRANTING EXTENSION OF TIME - 1

On February 21, 2020, Plaintiff filed a Motion to Extend Deadlines (Dkt. #10), which the Court interprets as a motion to extend the deadline for her response to the Court's show cause order. Plaintiff requests an extension of forty-five (45) days in which to "consult as necessary" and "to adequately prepare." *Id.* at 1. Defendants have not filed a response at this time. In the interest of providing Plaintiff with ample notice of her new deadline to respond to the Court's show cause order, the Court will issue this Order before the noting date on March 6, 2020.

Federal Rules of Civil Procedure allow a court to extend the time before a deadline elapses for "good cause." Fed. R. Civ. P. 6(b)(1)(A). Here, Plaintiff has not shown good cause to grant her forty-five additional days to provide a response no longer than six (6) pages. However, considering Plaintiff's *pro se* status, the Court will allow Plaintiff a short extension of time. *See Alvarez v. Hill*, 518 F.3d 1152, 1158 (9th Cir. 2008) (affording *pro se* plaintiffs "the benefit of any doubt").

In an abundance of caution, the Court will provide Plaintiff with **seven (7)** additional days from the February 28, 2020 deadline to respond to the Court's order to show cause. The Court reminds Plaintiff that her Response must be a **short and plain statement** that explains (1) the separate causes of action upon which her claims are based; (2) how Defendants violated each of those laws causing harm to Plaintiff; and (3) why this case should not be dismissed without prejudice. This response **may not exceed six (6) double-spaced pages**, including attachments or exhibits. The Court will take no further action in this case until Plaintiff has submitted this Response. Failure to file a Response will result in dismissal of this case.

**CONCLUSION**

The Court hereby finds and ORDERS that Plaintiff's Motion for Extension of Time (Dkt. #10) is PARTIALLY GRANTED. Plaintiff shall file her Response to the Court's February 14,

//

2020 Order to Show Cause no later than **March 6, 2020**.

DATED this 26th day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER PARTIALLY GRANTING EXTENSION OF TIME - 3