UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 11 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TERI KEALOHA SAHM,<br><br>                Plaintiff - Appellant,<br><br>   v.<br><br>ONSLOW BAY FINANCIAL LLC; et al.,<br><br>                Defendants - Appellees. | No. 22-35319<br><br>D.C. No. 2:19-cv-02090-RSM<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered June 17, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7